STATE OF NEW JERSEY v. LEO A. STEFFIER, JR.

March 24, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. KEITH EATON.

March 24, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JACK DUCHERL.

March 24, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD ROSS.

March 24, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD C. MOSCH.

March 24, 1987.

Petition for certification denied.   (See 214 *N.J.Super.* 457)